## Marie Rodak, Appelant, v. Harry B. Cohen and Edith Cohen, Appellees.

### Gen. No. 40,767.

Heard in second division, first district, at June term, 1939; opinion filed February 23, 1940. L. A. Sherwin, for appellant; Wm. A. Sherwin, of counsel; Harris F. Williams and Robert C. Baumgartner, for appellees. Opinion by Justice FRIEND. ''Not to be published in full.''

## Howard J. Curtin, Appellee, v. Paul Kinney, Appellant.

### Gen. No. 40,888.

Heard in second division, first district, at October term, 1939; opinion filed February 23, 1940. Hubbard, Baker & Rice, for appellant; no appearance for appellee. Opinion by Justice FRIEND. ''Not to be published in full.''